

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00144-CR

| | | |
|---|---|---|
| JWAN MCMAHON AKA JWAN MCMAHAN, Appellant | § § | On Appeal from Criminal District Court No. 1 |
| | | of Tarrant County (1543066D) |
| V. | § | February 6, 2020 |
| | § | |
| THE STATE OF TEXAS | | Opinion by Chief Justice Sudderth |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth